**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**DARRIN JACKSON**                                              **CIVIL ACTION**

**VERSUS**                                                            **NO. 23-0903**

**KENNETH R. CARTER, ET AL.**                          **SECTION: "I" (5)**

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all the parties to this action

have firmly agreed upon a compromise,

**IT IS ORDERED** that the action be and it is hereby dismissed without prejudice to the

right, upon good cause shown, within a reasonable time, to reopen the action or to seek summary

judgment enforcing the compromise if settlement is not consummated.   The Court retains

jurisdiction for all purposes, including enforcing the settlement agreement entered into by the

parties.

**COUNSEL ARE REMINDED THAT, if witnesses have been subpoenaed, EVERY**

**WITNESS MUST be notified by counsel not to appear.**

New Orleans, Louisiana, this 7th day of September, 2023.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**